In the Matter of the Transfer Tax upon the Estate of CHARLES F. WRIGHT, Deceased. FREE HOSPITAL FOR WOMEN and Others, Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

LOUISA EALES, Appellant, v. JENNIE D. STILLWELL and Others, Respondents.— Judgment modified as stated in order and as modified affirmed, with costs to respondents. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MORRIS FIRSTENBERG, Respondent, v. NATHAN JAFFA, Appellant.— Judgment on first cause of action affirmed; verdict on second cause of action set aside and judgment entered thereon reversed and a new trial ordered, on the ground that the plaintiff's evidence was insufficient to support the verdict. No costs of this appeal to either party as against the other. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Laughlin and Smith, JJ., dissented as to second cause of action.

LEO STEIN and Others, Copartners, etc., Respondents, v. FRANKLIN H. KALBFLEISCH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

IRVING WOLINS, Appellant, v. JOHN C. WILMERDING and Others, Copartners, etc., Respondents.— Determination affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within five days on payment of costs in this court and in the Appellate Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOSEPH JACKSON VANDERBURGH, Respondent, v. SAMUEL W. STEEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOSEPH JACKSON VANDERBURGH v. SAMUEL W. STEEL.— Motion for stay denied. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of MARY E. SENN, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

SOPHIE ELETZ, as Administratrix, etc., Respondent, v. CHARLES H. BELLIN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

SECURITY MORTGAGE COMPANY, Appellant, v. I. SIDNEY KALLIS, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.; Clarke, P. J., dissented.

JOHN C. TOMLINSON, Respondent, v. GEORGE G. MOORE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FIFTH AVENUE